FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 25 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATALIE NICOLE PARKS, <br><br> Plaintiff, <br><br> v. <br><br> COMPREHENSIVE HEALTH MANAGEMENT, INC., <br><br> Defendant. | Civil Action No. 1:21-cv-4170 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Natalie Nicole Parks ("Plaintiff") and Defendant Comprehensive Health Management, Inc., ("Defendant" or "CHMI") (collectively the "Parties"), hereby submit this Stipulation of Dismissal with Prejudice.

The Parties jointly stipulate and request that the above-entitled action be dismissed in its entirely with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate and agree that each party shall bear his/its own costs and attorney's fees.

Respectfully submitted this 17th of October, 2022.

[SIGNATURES ON NEXT PAGE]

1

| | |
|---|---|
| */s/ Natalie Nicole Parks*<br>Natalie Nicole Parks (pro se)<br><br>P.O. Box 918<br>Rex, GA  30273<br><br>PRO SE PLAINTIFF | */s/ Benson E. Pope*<br>Benson E. Pope<br>Georgia Bar No. 583730<br>bpope@littler.com<br><br>**LITTLER MENDELSON P.C.**<br>3424 Peachtree Road Northeast<br>Suite 1200<br>Atlanta, Georgia  30326<br>Telephone:     404-233-0330<br><br>ATTORNEYS FOR DEFENDANT |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATALIE NICOLE PARKS,<br><br>            Plaintiff,<br>v.<br><br>COMPREHENSIVE HEALTH MANAGEMENT, INC.,<br><br>            Defendant. | Civil Action No. 1:21-cv-4170 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2022, the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiff's counsel of record as follows:

Benson E. Pope
Littler Mendelson, P.C.
3424 Peachtree Road, NE, Suite 1200
Atlanta, GA 30326
bpope@littler.com

/s/ *Natalie Nicole Parks*
Natalie Nicole Parks (pro se)

